**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

CASE NO. 3:23-cv-01082-BJD-LLL

ROBIN STINSON,

     Plaintiff,

v.

AMERICAN MANAGEMENT GROUP OF
NORTH FLORIDA, LLC, KLOTZ GROUP OF
COMPANIES, AND JEFF KLOTZ, Individually,

     Defendants.

_____/

**DISCLOSURE STATEMENT PURSUANT TO FEDERAL**
**RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03,

Defendants American Management Group of North Florida LLC, Klotz Group of

Companies, and Jeff Klotz make the following disclosures:

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

   There is no such corporation.

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor:

   This action is not based on diversity under 28 U.S.C. § 1332(a).

3. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

- American Management Group of North Florida, LLC – Defendant
- Klotz Group of Companies, LLC – Defendant
- Jeff Klotz – Defendant
- Garrett Kamen – Counsel for Defendants
- Adanna Ferguson – Counsel for Defendants
- Fisher & Phillips LLP – Counsel for Defendants
- Robin Stinson – Plaintiff
- Dennis A. Creed, III – Counsel for Plaintiff
- Bradley R. Hall – Counsel for Plaintiff
- Creed & Hall – Counsel for Plaintiff

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome:

None

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

There are no additional entities, beyond the Plaintiff and Defendants that are likely to actively participate in this action.

6. Identify each person arguably eligible for restitution:

Robin Stinson

☒     I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Date: April 9, 2024                    Respectfully submitted,


By: /s/ *Garrett S. Kamen*
       Garrett S. Kamen
       Florida Bar No. 125854
       gkamen@fisherphillips.com
       Adanna Ferguson
       Florida Bar No. 92372
       aferguson@fisherphillips.com
       FISHER & PHILLIPS LLP
       201 East Las Olas Boulevard
       Suite 1700
       Fort Lauderdale, Florida 33301
       Phone: (954) 525-4800
       Facsimile: (954) 525-8739

       *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2024, a true and correct copy of the foregoing document has been provided to all counsel of record or unrepresented parties on the service list below by the method indicated.

/s/ *Garrett S. Kamen*
GARRETT S. KAMEN

## Service List

Dennis A. Creed, III
CREED & HALL
13043 West Linebaugh Avenue
Tampa, FL 33626
Phone: (813) 444-4332
Facsimile: (813) 441-6121
dcreed@creedlawgroup.com
bhall@creedlawgroup.com

*Attorneys for Plaintiff*

*(Via CM/ECF)*