**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

CASE NO. 3:23-cv-01082-BJD-LLL

ROBIN STINSON,

     Plaintiff,

v.

AMERICAN MANAGEMENT GROUP OF
NORTH FLORIDA, LLC, KLOTZ GROUP OF
COMPANIES, AND JEFF KLOTZ, Individually,

     Defendants.

_____/

**DISCLOSURE STATEMENT PURSUANT TO FEDERAL**
**RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03**

     Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03,

Defendants American Management Group of North Florida LLC, Klotz Group of

Companies, and Jeff Klotz make the following disclosures:

1.     Is the filer a non-governmental corporate party or non-governmental
     corporation moving to intervene?

     ☐     No.

     ☒     Yes, and

          ☐     These parent corporations and publicly held
               corporations own 10% or more of the filer's shares:
               [].

          ☐     The filer has no parent corporation.

          ☒     No publicly held corporation owns 10% or more of
               the filer's shares.

2.    Is the court's jurisdiction based on either 28 U.S.C. § 1332(a) or 28 U.S.C. § 1332(d)?

    ☒    No.

    ☐    Yes, and this is the name and citizenship of each person or entity whose citizenship is attributed to the filer:

    a.    Is the court's jurisdiction based on 28 U.S.C. § 1332(a) and the filer a limited liability company or other unincorporated entity?

        ☐    No.

        ☐    Yes, and the filer has identified each member and the citizenship of each member and, if a member is another unincorporated entity, each member of that entity and that member's citizenship, and so on.

    b.    Is the court's jurisdiction based on 28 U.S.C. § 1332(d) and the filer a limited liability company or other unincorporated entity?

        ☐    No.

        ☐    Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(d)(10).

    c.    Is the filer an insurer?

        ☐    No.

        ☐    Yes, and the filer has identified citizenship in accord with § 1332(c)(1).

    d.    Is the filer a legal representative?

        ☐    No.

        ☐    Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(2).

e.    Has the filer identified any corporation?

☐    No.

☐    Yes, and for each, the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(1).

f.    Has the filer identified any natural person?

☐    No.

☐    Yes, and for each, the filer has identified citizenship in accord with the person's domicile, which does not necessarily correspond to the person's residence.

3.    Is there any other person or entity that has or might have an interest in the outcome of the action, including any interested or potentially interested lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity?

☐    No.

☒    Yes. These additional persons and entities have or might have an interest in the outcome of the action:

- American Management Group of North Florida, LLC – Defendant
- Klotz Group of Companies, LLC – Defendant
- Jeff Klotz – Defendant
- Garrett Kamen – Counsel for Defendants
- Adanna Ferguson – Counsel for Defendants
- Fisher & Phillips LLP – Counsel for Defendants
- Robin Stinson – Plaintiff
- Dennis A. Creed, III – Counsel for Plaintiff
- Bradley R. Hall – Counsel for Plaintiff
- Creed & Hall – Counsel for Plaintiff

4.      Might the outcome of this action affect any entity, not yet identified, with publicly traded shares or debt?

☒      No.

☐      Yes, and this is the entity [].

5.      Is this a bankruptcy action?

☒      No.

☐      Yes, and the debtor is [].

☐      Yes, and the members of the creditors' committee are [].

6.      Is this a criminal case?

☒      No.

☐      Yes, and these persons are arguably eligible for restitution: [].

7.      Is there an additional entity likely to actively participate in this action?

☒      No.

☐      Yes, and this is the entity: [].

8.      Does the filer certify that, except as disclosed, the filer is unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and the filer will immediately notify the judge in writing within fourteen days after the filer knows of a conflict?

☒      Yes.

Date: April 12, 2024                    Respectfully submitted,


By: /s/ *Garrett S. Kamen*
        Garrett S. Kamen
        Florida Bar No. 125854
        gkamen@fisherphillips.com
        Adanna Ferguson
        Florida Bar No. 92372
        aferguson@fisherphillips.com
        FISHER & PHILLIPS LLP
        201 East Las Olas Boulevard
        Suite 1700
        Fort Lauderdale, Florida 33301
        Phone: (954) 525-4800
        Facsimile: (954) 525-8739

        *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on April 12, 2024, a true and correct copy of the foregoing document has been provided to all counsel of record or unrepresented parties on the service list below by the method indicated.

/s/ Garrett S. Kamen
GARRETT S. KAMEN

## Service List

Dennis A. Creed, III
CREED & HALL
13043 West Linebaugh Avenue
Tampa, FL 33626
Phone: (813) 444-4332
Facsimile: (813) 441-6121
dcreed@creedlawgroup.com
bhall@creedlawgroup.com

*Attorneys for Plaintiff*

*(Via CM/ECF)*