## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

ROBIN STINSON,

        Plaintiff,

                                      Case No.: 3:23-cv-1082-BJD-LLL

v.

AMERICAN MANAGEMENT GROUP
OF NORTH FLORIDA, LLC, KLOTZ
GROUP OF COMPANIES, and JEFF
KLOTZ, individually,

        Defendants.

_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation of Dismissal with Prejudice (Doc. No. 44; Stipulation) filed on April 3, 2025. In the Stipulation, the parties indicate their agreement to dismissal of this case with prejudice. See Stipulation at 1.

Accordingly, it is hereby

**ORDERED**:

1.     This case is **DISMISSED with prejudice.**

2.     Each party shall bear its own costs and fees.

3.     The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this __17th__ day of April,

2025.

BRIAN J. DAVIS
United States District Judge

*Copies to:*

Counsel of Record

*ap*